UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHRISTOPHER PARCHMANN, et al.,

        Plaintiffs,

        18 CV 780 (SJ) (RLM)

  -against-

**ORDER ADOPTING REPORT AND RECOMMENDATION**

METLIFE, INC., et al.,

        Defendants.
-------------------------------------------------------X

**JOHNSON, Senior District Judge:**

    Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Roanne Mann. Judge Mann issued the Report on September 28, 2018, and provided the parties with the requisite amount of time to file any objections. No objections were filed. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

    A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the

1

magistrate judge as to those portions of the report and recommendation to which no objections are addressed.  See Thomas v. Arn, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections may waive the right to appeal this Court's Order.  See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Mann's recommendations were due on October 12, 2018.  No objections to the Report were filed with this Court.  Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Mann's Report in its entirety.


SO ORDERED.

Dated: October 19, 2018　　　　　　　_____/s/_____
　　　　Brooklyn, NY　　　　　　　　　Sterling Johnson, Jr., U.S.D.J.