Clerk's Office
Filed Date:
1/12/2021

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER PARCHMANN,

                              Plaintiff,

   v.

METLIFE et al.

                             Defendants.
-------------------------------------------------------------------X

JUDGMENT

18 CV 780 (SJ) (RLM)

      A Memorandum and Order of the Honorable Sterling Johnson, United States District Judge, having been filed on January 11, 2021, granting Defendants' motion to dismiss with prejudice; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss with prejudice is granted.

Dated: Brooklyn, New York
       January 12, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk